# CERTIFICATE OF SERVICE

**FILED**

**MAY 2 - 2011**

I, BRENT SMITH (name), certify that service of this summons and copy of the complaint was made APRIL 26, 2011 (date) by:

CLERK
UNITED STATES BANKRUPTCY COURT
SAN JOSE, CALIFORNIA

☐ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

1. PITE DUNCAN
   4375 JUTLAND DR.
   SUITE 200
   P.O. BOX 17933
   SAN DIEGO, CA. 92177-0933

2. CITIMORTGAGE
   1000 TECHNOLOGY DRIVE
   O'FALLON, MD. 63368

3. FREDDIE MAC
   8200 JONES BRANCH
   McLEAN, VA. 22102-3110

☐ ~~Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:~~

4. US TRUSTEE
   DEPT OF JUSTICE
   U.S. FEDERAL BUILDING
   280 SO. 1ST ST. #268
   SAN JOSE, CA. 95113-3004

☐ Residence Service: By leaving the process with the following adult as:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addresses to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursant to the laws of State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date 4/28/2011     Signature Brent Smith

Print Name: BRENT SMITH

Business Address: P.O. BOX 436
MT. HERMON, CA. 95041