In re: DAVID RANDALL SMITH
Bankr. No. 10-52330
Adversary Case No. 11-05107
RS No. PXO-242 USBC N.D. California



## PROOF OF SERVICE

I, the undersigned, declare that I reside in the County of Santa Cruz, State of California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is P.O. Box 436 Mt. Hermon Ca. 95041. On April 26, 2011.

I served the foregoing:

1. Order Setting Telephonic Case Management Conference.
2. Bankruptcy Dispute Resolution Program Information Sheet.

[ ] BY FACSIMILE TRANSMISSION by transmitting a true copy thereof by facsimile transmission from the facsimile number to the interested parties to said action at the facsimile number(s) shown below.

[ x ] BY MAIL in the said cause by placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States mail at Scotts Valley, CA addressed as shown below:

**PITE DUNCAN, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17993
San Diego, CA. 92177-0933

CITIMORTGAGE
1000 Technology Drive
O'Fallon, Mo. 63368

FREDDIE MAC
8200 Jones Branch Dr.
McLean, Va. 22102-3110

I declare Under penalty of perjury that the foregoing is true and correct and executed on this 27TH day of April 2011, at Mt. Hermon, California

*Brent smith*

BRENT SMITH

PROOF OF SERVICE