DAVID E. MCALLISTER (SBN 185831)
CHRISTOPHER L. PETERSON (SBN 215069)
ELLEN CHA (SBN 250243)
PITE DUNCAN, LLP
4375 JUTLAND DRIVE, SUITE 200
P.O. BOX 17935
SAN DIEGO, CA 92177-0935
TELEPHONE: (858) 750-7600
FACSIMILE: (619) 590-1385
E-Mail: echa@piteduncan.com

Attorneys for Defendants CITIMORTGAGE, INC. AND FEDERAL HOME LOAN MORTGAGE CORPORATION

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION**

| | |
|---|---|
| In re<br><br>DAVID RANDALL SMITH,<br><br>Debtor.<br>_____<br><br>DAVID RANDALL SMITH,<br><br>Plaintiff,<br><br>v.<br><br>CITIMORTGAGE, INC; FEDERAL HOME LOAN MORTGAGE CORPORATION; and all persons claiming by, through, or under such person, all persons unknown, claiming any legal or equitable right, title, lien, or interest in the property described in the complaint adverse to Plaintiff's title thereto; and DOES 1-150, Inclusive,<br><br>Defendants. | Bankruptcy Case No. 10-52330<br><br>Chapter 11<br><br>Adversary Case No. 11-05107<br><br>**CITIMORTGAGE, INC. AND FEDERAL HOME LOAN MORTGAGE CORPORATION'S MOTION TO DISMISS ADVERSARY COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**<br><br>[Fed. R. Civ. P. 12(b) & Fed. R. Bankr. P. 7012(b)(6)]<br><br>Hearing:<br>Date:   June 23, 2011<br>Time:   3:00 p.m.<br>Ctrm:   3020<br>Judge:  Hon. Arthur S. Weissbrodt |

Defendants CITIMORTGAGE, INC. ("Citi") AND FEDERAL HOME LOAN MORTGAGE CORPORATION ("FHLMC") (hereinafter collectively "Defendants") hereby move for an order dismissing the Adversary Complaint to Determine the Nature, Extent, and Validity of Lien and to Disallow Secured Claim, TILA Violation, Fraud, Libel, Quiet Title, and Injunctive Relief pursuant to Federal Rule of Civil Procedure 12(b), made applicable to adversary proceedings by Federal Rule of Bankruptcy Procedure 7012(b).

-1-

The grounds for the motion are:

1. The first and second causes of action for declaratory relief fails to state a claim upon which relief can be granted where Plaintiff fails to allege the existence of an actual controversy between the parties as to their respective rights in the Subject Loan.

2. Plaintiff's third claim for violation of 15 U.S.C. §1641(g) fails to state a claim upon which relief can be granted as to FHLMC where the compliance with the statute was not mandatory until nearly three years after the alleged transfer of ownership. As to Citi, Plaintiff's claim is barred by the one year statute of limitations.

3. Plaintiff's claims for fraud and libel are premised on the viability of the theory that MERS lacks standing and/or authority to assign any interest in the Subject Loan to Citi. Because the claims are not premised on any recognized legal theory, they fail to state claims upon which relief can be granted.

4. Plaintiff claim for quiet title fails to state a claim upon which relief can be granted as the Complaint is devoid of any allegation of Plaintiff's ability or willingness to tender.

The Motion is based upon the concurrently filed and served Memorandum of Points and Authorities, Request for Judicial Notice, and upon all pleadings, papers and documents on file herein, and such oral argument as may be presented at the time of the hearing.

Respectfully submitted,

Dated: May 16, 2011      PITE DUNCAN, LLP

/s/ Ellen Cha
ELLEN CHA
Attorneys for Defendant CITIMORTGAGE, INC. AND FEDERAL HOME LOAN MORTGAGE CORPORATION