DAVID E. MCALLISTER (SBN 185831)
CHRISTOPHER L. PETERSON (SBN 215069)
ELLEN CHA (SBN 250243)
PITE DUNCAN, LLP
4375 JUTLAND DRIVE, SUITE 200
P.O. BOX 17935
SAN DIEGO, CA 92177-0935
TELEPHONE: (858) 750-7600
FACSIMILE: (619) 590-1385
E-Mail: echa@piteduncan.com

Attorneys for Defendants CITIMORTGAGE, INC. AND FEDERAL HOME LOAN MORTGAGE CORPORATION

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>DAVID RANDALL SMITH,<br><br>    Debtor.<br>_____<br><br>DAVID RANDALL SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>CITIMORTGAGE, INC; FEDERAL HOME LOAN MORTGAGE CORPORATION; and all persons claiming by, through, or under such person, all persons unknown, claiming any legal or equitable right, title, lien, or interest in the property described in the complaint adverse to Plaintiff's title thereto; and DOES 1-150, Inclusive,<br><br>    Defendants. | Bankruptcy Case No. 10-52330<br><br>Chapter 11<br><br>Adversary Case No. 11-05107<br><br>**NOTICE OF HEARING ON CITIMORTGAGE, INC. AND FEDERAL HOME LOAN MORTGAGE CORPORATION'S MOTION TO DISMISS ADVERSARY COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**<br><br>[Fed. R. Civ. P. 12(b) & Fed. R. Bankr. P. 7012(b)(6)]<br><br>Hearing:<br>Date:   June 23, 2011<br>Time:   3:00 p.m.<br>Ctrm:   3020<br>Judge:  Hon. Arthur S. Weissbrodt |

**PLEASE TAKE NOTICE** that the hearing on CITIMORTGAGE, INC. AND FEDERAL HOME LOAN MORTGAGE CORPORATION's Motion to Dismiss Adversary Complaint for Failure to State a Claim Upon Which Relief Can Be Granted will be held on June 23, 2011, at 3:00 p.m., before the Honorable Arthur S. Weissbrodt in the above-captioned court located at 280 South First Street, San Jose, CA 95113.

-1-

**PLEASE TAKE FURTHER NOTICE** that the motion is being made pursuant to Local Bankruptcy Rules 7007-1, 9013-1, 9013-2, and 9013-3 and Federal Rule of Bankruptcy Procedure 12(b).

**PLEASE TAKE FURTHER NOTICE** that any opposition to the granting of the motion shall be filed and served at least 14 days before the hearing date. If the party against which the motion is directed does not oppose the motion, that party shall file a Statement of No Opposition within the time for filing and servicing any opposition.

Respectfully submitted,

Dated: May 16, 2011                    PITE DUNCAN, LLP


/s/ Ellen Cha
ELLEN CHA
Attorneys for Defendant CITIMORTGAGE, INC. AND FEDERAL HOME LOAN MORTGAGE CORPORATION