DAVID E. MCALLISTER (SBN 185831)
CHRISTOPHER L. PETERSON (SBN 215069)
ELLEN CHA (SBN 250243)
PITE DUNCAN, LLP
4375 JUTLAND DRIVE, SUITE 200
P.O. BOX 17935
SAN DIEGO, CA 92177-0935
TELEPHONE: (858) 750-7600
FACSIMILE: (619) 590-1385
E-Mail: echa@piteduncan.com

Attorneys for Defendants CITIMORTGAGE, INC. AND FEDERAL HOME LOAN MORTGAGE CORPORATION

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>DAVID RANDALL SMITH,<br><br>Debtor.<br>_____<br>DAVID RANDALL SMITH,<br><br>Plaintiff,<br><br>v.<br><br>CITIMORTGAGE, INC; FEDERAL HOME LOAN MORTGAGE CORPORATION; and all persons claiming by, through, or under such person, all persons unknown, claiming any legal or equitable right, title, lien, or interest in the property described in the complaint adverse to Plaintiff's title thereto; and DOES 1-150, Inclusive,<br><br>Defendants. | Bankruptcy Case No. 10-52330<br><br>Chapter 11<br><br>Adversary Case No. 11-05107<br><br>**CITIMORTGAGE, INC. AND FEDERAL HOME LOAN MORTGAGE CORPORATION'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS ADVERSARY COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**<br><br>[Fed. R. Civ. P. 12(b) & Fed. R. Bankr. P. 7012(b)(6)]<br><br>Hearing:<br>Date: June 23, 2011<br>Time: 3:00 p.m.<br>Ctrm: 3020<br>Judge: Hon. Arthur S. Weissbrodt |

Defendants CITIMORTGAGE, INC. ("Citi") AND FEDERAL HOME LOAN MORTGAGE CORPORATION ("FHLMC") (hereinafter collectively "Defendants") respectfully request that the Court take judicial notice of the records and pleadings more particularly described below pursuant to the provisions of Rule 201(b) and Rule 201(d) of the Federal Rules of Evidence, made applicable to these proceedings under Rule 9017 of the Federal Rules of Bankruptcy Procedure:

-1-

1. EXHIBIT A: Note executed on or about January 23, 2006 by Plaintiff and Sandra K. Smith executed in favor of Reunion Mortgage, Inc. ("Lender") in the principal amount of $227,000.00

2. EXHIBIT B: Deed of Trust executed on or about January 23, 2006 by Plaintiff and Sandra K. Smith encumbering the property located at 23 Pine Avenue, Mount Hermon, California 95041 ("Subject Property") and securing Plaintiff's obligations under the Note.

3. EXHIBIT C: Assignment of Deed of Trust assigning and transferring to Citi, Lender's interest in the subject loan.

4. EXHIBIT D: Notice of Default reflecting that Plaintiff's obligations under the Subject Loan were delinquent in the amount of $21,665.31 recorded in the Official Records of Santa Cruz County, California.

5. EXHIBIT E: Court docket for Plaintiff's Chapter 13 bankruptcy case.

6. EXHIBIT F: Chapter 13 Plan filed by Plaintiff on April 23, 2010.

7. EXHIBIT G: Objection to Conformation of Plan filed by the Chapter 13 Trustee on May 3, 2010.

8. EXHIBIT H: Amended Objection to Confirmation of Plan filed by the Chapter 13 Trustee on July 6, 2010.

9. EXHIBIT I: Amended Chapter 13 Plan filed by Plaintiff on November 2, 2010.

10. EXHIBIT J: Objection to Confirmation of the Amended Plan filed by the Chapter 13 Trustee on January 6, 2011.

11. EXHIBIT K: Motion for Relief (subsequently amended to request co-debtor stay relief) filed by Citi on or about June 15, 2010.

12. EXHIBIT L: Opposition to the Motion for Relief filed by Plaintiff on July 27, 2010.

13. EXHIBIT M: Supplemental Declaration of Travis J. Lillie filed on September 16, 2010, Citi in support of the Motion for Relief.

14. EXHIBIT N: Citi's Reply to Plaintiff's Opposition to Motion for Relief filed on February 4, 2011.

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | Dated: May 16, 2011 | PITE DUNCAN, LLP |
| 3 | | |
| 4 | | /s/ Ellen Cha |
| | | ELLEN CHA |
| 5 | | Attorneys for Defendant CITIMORTGAGE, INC. AND FEDERAL HOME LOAN MORTGAGE CORPORATION |

-3-

2407523.wpd