DAVID E. MCALLISTER (SBN 185831)
CHRISTOPHER L. PETERSON (SBN 215069)
ELLEN CHA (SBN 250243)
PITE DUNCAN, LLP
4375 JUTLAND DRIVE, SUITE 200
P.O. BOX 17935
SAN DIEGO, CA 92177-0935
TELEPHONE: (858) 750-7600
FACSIMILE: (619) 590-1385
E-Mail: echa@piteduncan.com

Attorneys for Defendants CITIMORTGAGE, INC. AND FEDERAL HOME LOAN MORTGAGE CORPORATION

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>DAVID RANDALL SMITH,<br><br>Debtor.<br>_____<br><br>DAVID RANDALL SMITH,<br><br>Plaintiff,<br><br>v.<br><br>CITIMORTGAGE, INC; FEDERAL HOME LOAN MORTGAGE CORPORATION; and all persons claiming by, through, or under such person, all persons unknown, claiming any legal or equitable right, title, lien, or interest in the property described in the complaint adverse to Plaintiff's title thereto; and DOES 1-150, Inclusive,<br><br>Defendants. | Bankruptcy Case No. 10-52330<br><br>Chapter 11<br><br>Adversary Case No. 11-05107<br><br>**CITIMORTGAGE, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. BANKR. P. 7007.1** |

I, Ellen Cha, the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I have personal knowledge of the matters set forth in this Statement because:

   ☐ I am the president or other officer or authorized agent of the defendant corporation.

   ☐ I am a party to an adversary proceeding.

-1-

| | | | |
|---|---|---|---|
| 1 | ☐ | | I am a party to a contested matter. |
| 2 | X | | I am the attorney for the defendant corporation. |
| 3 | 2a. | X | The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the defendant corporation's equity interest. |

CitiMortgage, Inc. is a wholly owned subsidiary of Citibank Domestic Investment Corp. Citibank Domestic Investment Corp. is a wholly-owned subsidiary of Citibank, N.A. Citibank, N.A. is a wholly-owned subsidiary of Citicorp Holdings, Inc., and Citicorp Holdings, Inc. is a wholly-owned subsidiary of Citigroup Inc., a publicly-traded company.

    b.    There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Respectfully submitted,

Dated: May 16, 2011    PITE DUNCAN, LLP

/s/ Ellen Cha
ELLEN CHA
Attorneys for Defendant CITIMORTGAGE, INC. AND FEDERAL HOME LOAN MORTGAGE CORPORATION