DAVID E. McALLISTER (CA SBN 185831)
CHRISTOPHER L. PETERSON (CA SBN 215069)
ELLEN CHA (CA SBN 250243)
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17935
San Diego, CA 92177-0935
TELEPHONE: (858) 750-7600
FACSIMILE: (619) 590-1385
E-mail: echa@piteduncan.com

Attorneys for CITIMORTGAGE, INC. AND FEDERAL HOME LOAN MORTGAGE CORPORATION

# IN THE UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>DAVID RANDALL SMITH,<br><br>Debtor(s). | Bankruptcy Case No. 10-52330<br><br>Chapter 11<br><br>Adversary Case No. 11-05107 |
| DAVID RANDALL SMITH,<br><br>Plaintiff,<br><br>vs.<br><br>CITIMORTGAGE, INC. AND FEDERAL HOME LOAN MORTGAGE CORPORATION; and all persons claiming by, through, or under such person, all persons unknown, claiming any legal or equitable right, title, lien, or interest in the property described in the complaint adverse to Plaintiff's title thereto; and DOES 1-150, Inclusive,<br><br>. | Chapter 11<br><br>PROOF OF SERVICE |

I, Kimberly Corredor declare that:

I am employed in the County of San Diego, California. My business address is: 4375 Jutland Drive, Suite 200, San Diego, CA 92177-0935. I am over the age of eighteen years and not a party to this cause.

On May 16, 2011, I served the following:

1. **(1) CITIMORTGAGE, INC AND FEDERAL HOME LOAN MORTGAGE CORPORATION'S MOTION TO DISMISS ADVERSARY COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED;**

2. **(2) CITIMORTGAGE, INC. AND FEDERAL HOME LOAN MORTGAGE CORPORATION'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS ADVERSARY COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED;**

3. **(3) REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS ADVERSARY COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED;**

4. **(4) NOTICE OF HEARING ON MOTION TO DISMISS;**

5. **(5) CITIMORTGAGE, INC.'S CORPORATE DISCLOSURE STATEMENT; and**

6. **(6) FEDERAL HOME LOAN MORTGAGE CORPORATION'S CORPORATE DISCLOSURE STATEMENT**

in said cause by placing a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Diego, California, addressed as follows: SEE ATTACHED SERVICE LIST.

    I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on May 16, 2011, at San Diego, California.

/s/ Kimberly Corredor
Kimberly Corredor

**SERVICE LIST**

**DEBTOR(S)**

David Randall Smith
Post Office Box 436
Mountt Hermon, CA 95041