

1  DAVID E. MCALLISTER (CA SBN 185831)
   CHRISTOPHER L. PETERSON (CA SBN 215069)
2  ELLEN CHA (CA SBN 250243)
   PITE DUNCAN, LLP
3  4375 Jutland Drive, Suite 200      IT IS SO ORDERED.
   P.O. Box 17933                     Signed July 07, 2011
4  San Diego, CA 92177-0933
   Telephone: (858) 750-7600
5  Facsimile: (619) 590-1385

                                      Arthur S. Weissbrodt
6  Attorneys for Defendants           U.S. Bankruptcy Judge
   CITIMORTGAGE, INC. AND
7  FEDERAL HOME LOAN
   MORTGAGE CORPORATION

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>DAVID RANDALL SMITH,<br><br>Debtor.<br>_____<br><br>DAVID RANDALL SMITH,<br><br>Plaintiff,<br><br>v.<br><br>CITIMORTGAGE, INC; FEDERAL HOME LOAN MORTGAGE CORPORATION; and all person claiming by, through, or under such person, all persons unknown, claiming any legal or equitable right, title, lien, or interest in the property described in the complaint adverse to Plaintiff's title thereto; and DOES 1-150, Inclusive,<br><br>Defendants. | Bankruptcy Case No. 10-52330-ASW<br><br>Chapter 11<br><br>Adversary Case No. 11-05107<br><br>ORDER RE CITIMORTGAGE, INC. AND FEDERAL HOME LOAN MORTGAGE CORPORATION'S MOTION TO DISMISS<br><br>Hearing:<br>DATE:   June 23, 2011<br>TIME:   3:00 PM<br>CTRM:   3020<br>JUDGE:  Hon. Arthur S. Weissbrodt<br><br>Northern District of California - San Jose Division<br>United States Bankruptcy Court<br>280 South 1st St. #3035<br>San Jose, CA 95113-3099 |

The above-captioned matter came on for hearing on June 23, 2011, at 3:00 PM, in Courtroom 3020 of the United States Bankruptcy Court for the Northern District of California, San Jose Division, located at 280 South 1st Street, San Jose California 95133-3099, upon CitiMortgage, Inc. and Federal Home Loan Mortgage Corporation's (hereinafter collectively

"Defendants") Motion to Dismiss Adversary Complaint for Failure to State Claims Upon Which Relief Can Be Granted ("Motion to Dismiss").

Appearances are as noted on the record.

Based on the arguments of counsel, pleadings, filings, and the record before the court and good cause appearing thereof,

IT IS HEREBY ORDERED:

1. Defendants' Motion to Dismiss with respect to Plaintiff's Third, Fourth, and Fifth causes of action is granted with leave to amend.

2. Defendants' Motion to Dismiss with respect to Plaintiff's First, Second, and Sixth causes of action is denied without prejudice.

3. Plaintiff shall have Forty (40) days from the date of the hearing to file an Amended Complaint.

\*\* END OF ORDER \*\*

## COURT SERVICE LIST

Pite Duncan, LLP
Ellen Cha
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

David Randall Smith
P.O. Box 436
Mt. Hermon, CA 95041

U.S. Trustee
Department of Justice
U.S. Federal Bldg.
280 S 1st St. #268
San Jose, CA 95113-3004