1 | DAVID E. MCALLISTER (CA SBN 185831)
CHRISTOPHER L. PETERSON (CA SBN 215069)
2 | ELLEN CHA (CA SBN 250243)
PITE DUNCAN, LLP
3 | 4375 Jutland Drive, Suite 200
P.O. Box 17933
4 | San Diego, CA 92177-0933
Telephone: (858) 750-7600
5 | Facsimile: (619) 590-1385

6 | Attorneys for Defendants
CITIMORTGAGE, INC. AND
7 | FEDERAL HOME LOAN
MORTGAGE CORPORATION

**IT IS SO ORDERED.**
Signed July 07, 2011


Arthur S. Weissbrodt
U.S. Bankruptcy Judge



_____

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>DAVID RANDALL SMITH,<br><br>Debtor.<br>_____<br><br>DAVID RANDALL SMITH,<br><br>Plaintiff,<br><br>v.<br><br>CITIMORTGAGE, INC; FEDERAL HOME LOAN MORTGAGE CORPORATION; and all person claiming by, through, or under such person, all persons unknown, claiming any legal or equitable right, title, lien, or interest in the property described in the complaint adverse to Plaintiff's title thereto; and DOES 1-150, Inclusive,<br><br>Defendants. | Bankruptcy Case No. 10-52330-ASW<br><br>Chapter 11<br><br>Adversary Case No. 11-05107<br><br>ORDER RE CITIMORTGAGE, INC. AND FEDERAL HOME LOAN MORTGAGE CORPORATION'S MOTION TO DISMISS<br><br>Hearing:<br>DATE:     June 23, 2011<br>TIME:     3:00 PM<br>CTRM:     3020<br>JUDGE:    Hon. Arthur S. Weissbrodt<br><br>Northern District of California - San Jose Division<br>United States Bankruptcy Court<br>280 South 1st St. #3035<br>San Jose, CA 95113-3099 |

The above-captioned matter came on for hearing on June 23, 2011, at 3:00 PM, in Courtroom 3020 of the United States Bankruptcy Court for the Northern District of California, San Jose Division, located at 280 South 1st Street, San Jose California 95133-3099, upon CitiMortgage, Inc. and Federal Home Loan Mortgage Corporation's (hereinafter collectively

- 1 -

"Defendants") Motion to Dismiss Adversary Complaint for Failure to State Claims Upon Which Relief Can Be Granted ("Motion to Dismiss").

Appearances are as noted on the record.

Based on the arguments of counsel, pleadings, filings, and the record before the court and good cause appearing thereof,

IT IS HEREBY ORDERED:

1. Defendants' Motion to Dismiss with respect to Plaintiff's Third, Fourth, and Fifth causes of action is granted with leave to amend.

2. Defendants' Motion to Dismiss with respect to Plaintiff's First, Second, and Sixth causes of action is denied without prejudice.

3. Plaintiff shall have Forty (40) days from the date of the hearing to file an Amended Complaint.

** END OF ORDER **

# COURT SERVICE LIST

Pite Duncan, LLP
Ellen Cha
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

David Randall Smith
P.O. Box 436
Mt. Hermon, CA 95041

U.S. Trustee
Department of Justice
U.S. Federal Bldg.
280 S 1st St. #268
San Jose, CA 95113-3004

- 3 -

```
                         United States Bankruptcy Court
                         Northern District of California
Smith,
         Plaintiff                                      Adv. Proc. No. 11-05107-ASW

Citimortgage, Inc,
         Defendant           CERTIFICATE OF NOTICE

District/off: 0971-5        User: lubarron        Page 1 of 1        Date Rcvd: Jul 07, 2011
                            Form ID: pdfeoapc     Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2011.
pla            +David Randall Smith,   P.O. Box 436,   Mt. Hermon, CA 95041-0436

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust             E-mail/Text: ustpregion17.sj.ecf@usdoj.gov Jul 08 2011 01:27:31
                 Office of the U.S. Trustee / SJ,   U.S. Federal Bldg.,   280 S 1st St. #268,
                San Jose, CA  95113-3004
                                                                                           TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 09, 2011**                    **Signature:** _Joseph Speetjens_