| | |
|---|---|
| DAVID E. MCALLISTER (SBN 185831)<br>CHRISTOPHER L. PETERSON (SBN 215069)<br>ELLEN CHA (SBN 250243)<br>PITE DUNCAN, LLP<br>4375 JUTLAND DRIVE, SUITE 200<br>P.O. BOX 17935<br>SAN DIEGO, CA 92177-0935<br>TELEPHONE: (858) 750-7600<br>FACSIMILE: (619) 590-1385<br>E-Mail: echa@piteduncan.com | |

Attorneys for Defendants CITIMORTGAGE, INC. AND FEDERAL HOME LOAN MORTGAGE CORPORATION

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>DAVID RANDALL SMITH,<br><br>    Debtor.<br>_____<br>DAVID RANDALL SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>CITIMORTGAGE, INC; FEDERAL HOME LOAN MORTGAGE CORPORATION; and all persons claiming by, through, or under such person, all persons unknown, claiming any legal or equitable right, title, lien, or interest in the property described in the complaint adverse to Plaintiff's title thereto; and DOES 1-150, Inclusive,<br><br>    Defendants. | Bankruptcy Case No. 10-52330<br><br>Chapter 11<br><br>Adversary Case No. 11-05107<br><br>**CITIMORTGAGE, INC. AND FEDERAL HOME LOAN MORTGAGE CORPORATION'S CASE MANAGEMENT CONFERENCE STATEMENT**<br><br><br>Hearing:<br>Date:  July 15, 2011<br>Time:  2:00 p.m.<br>Ctrm:  3020<br>Judge:  Hon. Arthur S. Weissbrodt |

Defendants CITIMORTGAGE, INC. ("Citi") AND FEDERAL HOME LOAN MORTGAGE CORPORATION ("FHLMC") (hereinafter collectively "Defendants") hereby submit their Case Management Conference Statement ("CMC Statement"):

    1.    On July 5, 2011, the parties conferred as required by the Order Setting Telephonic Case Management Conference.

-1-

2. The court previously allowed Plaintiff until August 2, 2011 to file an Amended Complaint after a hearing on Defendants' Motion to Dismiss Adversary Proceeding.

3. Under the circumstances, it appears that discussions regarding any claims, defenses, discovery and trial is premature.

4. Defendants request that the court continue the CMC to a date after Defendants file any potential Answer in the action.

Respectfully submitted,

Dated: July 12, 2011   PITE DUNCAN, LLP

/s/ Ellen Cha
ELLEN CHA
Attorneys for Defendant CITIMORTGAGE, INC. AND FEDERAL HOME LOAN MORTGAGE CORPORATION

2477257.wpd
Case: 11-05107   Doc# 21   Filed: 07/12/11   Entered: 07/12/11 12:20:21   Page 2 of 2