1  DAVID E. MCALLISTER (SBN 185831)
   dmcallister@piteduncan.com
2  CHRISTOPHER L. PETERSON (SBN 215069)
   cpeterson@piteduncan.com
3  ELLEN CHA (SBN 250243)
   echa@piteduncan.com
4  PITE DUNCAN LLP
   4375 JUTLAND DRIVE, SUITE 200
5  P.O. BOX 17933
   SAN DIEGO, CA 92177-0933
6  Telephone: (858) 750-7600
   Facsimile: (619) 326-2430

Attorneys for Defendants CITIMORTGAGE, INC.
and FEDERAL HOME LOAN MORTGAGE CORPORATION

UNITED STATES BANKRUPTCY COURT

NORTHNER DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| IN RE<br><br>DAVID RANDALL SMITH,<br><br>DEBTOR.<br>_____<br><br>DAVID RANDALL SMITH,<br><br>PLAINTIFF,<br><br>v.<br><br>CITIMORTGAGE, INC.; FEDERAL HOME LOAN MORTGAGE CORPORATION; and all persons claiming by, through, or under such person, all persons unknown, claiming any legal or equitable right, title, lien, or interest in the property described in the complaint adverse to Plaintiff's title thereto; and DOES 1-50, Inclusive,<br><br>DEFENDANTS. | Bankruptcy Case No. 10-52330<br><br>Chapter 11<br><br>Adversary Case No. 11-05107<br><br>DEFENDANTS' CASE MANAGEMENT CONFERENCE STATEMENT<br><br><br><br><br><br><br><br><br>**HEARING**:<br>DATE:   September 26, 2011<br>TIME:   3:00 P.M.<br>CTRM:  3020<br>JUDGE: Hon. Arthur S. Weissbrodt |

On September 14, 2011, the parties conferred as required by the Order Setting Telephonic Case Management Conference. Pursuant to the conference, Defendants CITIMORTGAGE, INC. ("Citi") and FEDERAL HOME LOAN MORTGAGE CORPORATION ("FHLMC") (hereinafter collectively "Defendants") submit the following Case Management Statement:

-1-

A. The parties conferred by telephonic conference on September 14, 2011 at 5:00 p.m.

B. With respect to the remaining claims for declaratory relief and quiet title, Defendants defenses to the Plaintiff's claim are as follows: (1) Citi qualifies as the note holder under California law and has standing to enforce the note; (2) Citi's beneficial interest in the deed of trust follows the note; (3) Plaintiff's quiet title claim fails to comply with Cal. Code Civ. Proc. 761.20; and (4) Plaintiff fails to allege the requisite tender.

C. With respect to Plaintiff's first and second claims, Defendants assert that these are core proceedings under the scope and purview of 28 U.S.C. §157. However, Defendants asserts that Plaintiff's claim for quiet title is a non-core proceeding and thus, Defendants do not consent to entry of final orders or judgment.

D. Defendants propose the following deadlines:

(1) Initial Disclosure deadline: October 31, 2011.

(2) Discovery cut-off deadline: January 31, 2011.

(3) Dispositive motion deadline: March 1, 2011.

(4) Pre-Trial Conference: After March 1, 2011.

E. The parties are not interested in discussing alternative dispute resolution at this time.

F. Defendants make the following corporate disclosure statement:

(1) CitiMortgage is a wholly owned subsidiary of Citigroup, Inc., a publically traded company. No other publicly-held corporation directly or indirectly owns 10 percent or more of any class of CitiMortgage's equity interests.

(2) There are no entities that directly or indirectly own 10% or more of any class of FHMLC's equity interest.

Respectfully submitted,

Dated: September 19, 2011     PITE DUNCAN, LLP

/s/ Ellen Cha (CA SBN 250243)
ELLEN CHA
Attorneys for Defendants CITIMORTGAGE, INC. and FEDERAL HOME LOAN MORTGAGE CORPORATION