DAVID E. MCALLISTER (SBN 185831)
dmcallister@piteduncan.com
ELLEN CHA (SBN 250243)
echa@piteduncan.com
PITE DUNCAN, LLP
4375 JUTLAND DRIVE, SUITE 200
P.O. BOX 17933
SAN DIEGO, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619)326-2430

Attorneys for Defendants
CITIMORTGAGE, INC. AND
FEDERAL HOME LOAN MORTGAGE
CORPORATION

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>DAVID RANDALL SMITH<br><br>Debtor. | Bankruptcy Case No. 10-52330<br><br>Chapter 11<br><br>Adversary Case No. 11-05107<br><br>**PROOF OF SERVICE** |

I, Meliza Martinez, hereby certify that:

I am over the age of 18 and not a party to this proceeding. My business address is 4375 Jutland Drive, Suite 200; P.O. Box 17933, San Diego, CA 92177-0933.

On September 27, 2011, a copy of the following document(s):

- **DEFENDANTS CITIMORTAGE, INC. AND FEDERAL HOME LOAN MORTGAGE CORPORATION'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV.P.26(a)(1)**

was served by placing copies thereof enclosed in a sealed envelope in the United States Mail, first class, postage prepaid, as follows:

-1-
PROOF OF SERVICE

1  
2  
3  
| U.S. MAIL (FIRST CLASS) |
| --- |
| David Randall Smith<br>P.O. Box 436<br>Mt. Hermon, CA 95041 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9/27/11 | Meliza Martinez | /s/ Meliza Martinez |
| --- | --- | --- |
| Date | Type Name | Signature |