DAVID E. McALLISTER (CA SBN 185831)
dmcallister@piteduncan.com
ELLEN CHA (CA SBN 250243)
echa@piteduncan.com
**PITE DUNCAN, LLP**
4375 JUTLAND DRIVE, SUITE 200
P.O. BOX 17933
SAN DIEGO, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for *Defendants* CitiMortgage, Inc. and
Federal Home Loan Mortgage Corporation

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In Re<br><br>DAVID RANDALL SMITH,<br><br>DEBTOR.<br><br>―――――――――――――<br><br>DAVID RANDALL SMITH,<br><br>Plaintiff,<br><br>vs.<br><br>CITIMORTGAGE, INC.; FEDERAL HOME LOAN MORTGAGE CORPORATION; and all persons claiming by, through, or under such person, all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to Plaintiff's title thereto; and DOES 1-150, inclusive,<br><br>Defendants. | Bankruptcy Case No. 10-52330<br><br>Chapter 11<br><br>Adversary Case No. 11-05107<br><br>**STATEMENT RE: AMENDED DECLARATION OF FEDERAL HOME LOAN MORTGAGE CORPORATION AND PRIVILEGE LOG**<br><br>**Hearing:**<br>Date:   July 25, 2013<br>Time:  3:30 p.m.<br>Ctrm:  3020<br>Judge: Hon. Arthur S. Weissbrodt |

On May 23, 2013, the above-caption matter came on for a continued Status Conference hearing at which time the court ordered Federal Home Loan Mortgage Corporation ("Freddie Mac") to file an amended declaration and privilege log by June 21, 2013.

1 | Freddie Mac has advised its counsel that additional time is needed to file the amended declaration and privilege log. Accordingly, Freddie Mac will file these documents no later than July 1, 2013 or earlier.

Respectfully submitted,

DATED: June 21, 2013

/s/ *Ellen Cha*
ELLEN CHA