

**IT IS SO ORDERED.**
**Signed August 1, 2013**

*Arthur S. Weissbrodt*
**Arthur S. Weissbrodt**
**U.S. Bankruptcy**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>DAVID RANDALL SMITH,<br>        Debtor. | Case No. 10-52330-ASW<br>Chapter 11 |
| DAVID RANDALL SMITH,<br>        Plaintiff,<br>v.<br>CITIMORTGAGE, INC., FEDERAL HOME LOAN MORTGAGE CORP., and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,<br>        Defendants. | Adv. Pro. No. 11-5107-ASW |

**ORDER GRANTING MOTION TO SHORTEN TIME**

    The Court has reviewed Plaintiff's Motion to Shorten Time for Hearing on Plaintiff's Motion for Continuance of Hearing on Defendants' Motion for Summary Judgment (docket no. 204). Defendants' Motion for Summary Judgment is currently scheduled for hearing on August 29, 2013.

    Good cause appearing, the motion is GRANTED. Plaintiff's Motion for Continuance shall be heard on **Thursday, August 22, 2013**

**at 3:00 p.m.** Any response to the motion for continuance shall be filed no later than **August 16, 2013**.

IT IS SO ORDERED.

**\*\*\* END OF ORDER \*\*\***

UNITED STATES BANKRUPTCY COURT
For The Northern District Of California

**Court Service List**

David Randall Smith
P.O. Box 436
Mt. Hermon, CA 95041