David E. McAllister (SBN 185831)
dmcallister@piteduncan.com
Ellen Cha (SBN 250243)
echa@piteduncan.com
**PITE DUNCAN, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for *Defendants*
CitiMortgage, Inc. and Federal Home Loan
Mortgage Corporation

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

In Re:

DAVID RANDALL SMITH,

Debtor.

_

CITIMORTGAGE, INC.; FEDERAL HOME LOAN MORTGAGE CORPORATION; and all persons claiming by, through, or under such person, all persons unknown, claiming any legal or equitable right, title, lien, or interest in the property described in the complaint
adverse to Plaintiff's title thereto; and DOES 1-150, Inclusive,

Defendants.

Bankruptcy Case No. 10-52330

Chapter 11

Adversary Case No. 11-05107

**UNILATERAL STATUS REPORT**

Status Conference:
Dated: November 20, 2013
Time: 3:30 p.m.
Ctrm: 3020
Judge: Hon. Arthur S. Weissbrodt

Defendants CitiMortgage, Inc. and Federal Home Loan Mortgage Corporation submit the following Unilateral Status Report:

/./. /

/./. /.

/./. /

/./././

Defendants and Plaintiff have filed Motions for Summary Judgment that were scheduled to be heard November 8, 2013. The Court indicated that it would be taking the motions under submission and issuing a ruling shortly. In the event a ruling is not issued prior to the Status Conference Defendants request that the matter be continued to the next calendar date.

Respectfully submitted,

Dated: November 8, 2013

/s/ Ellen Cha
ELLEN CHA

Case: 11-05107 Doc# 269 Filed: 11/08/13 Entered: 11/08/13 16:59:36 Page 2 of 2